| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rod Danielson<br>4361 Latham Street, Ste. 270<br>Riverside, CA 92501<br>O (951) 826-8000<br>F (951) 826-8090 | FILED<br>FEB - 5 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk<br><br>LODGED<br>JAN 30 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br><br>ENTERED<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk<br><br>ENTERED<br>FEB - 6 2009 |

☐ Attorney for
☐ Pro Se Debtor
X Chapter 13 Trustee

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 06-13061 PC |
|---|---|
| In re:<br><br>GARCIA<br><br><br><br><br>Debtor(s). | (No Hearing Required) |

## ORDER ON:

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

Based on Debtor's Motion filed on __1/29/09__ as docket entry number __85__ and the recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☐ GRANTED    ☐ DENIED

☒ GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐ GRANTED on the following conditions:

_____
_____
_____
_____

*(This Order is continued on the next page.)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008                                                                                    F 3015-1.14

Order on Chapter 13 Debtor's Motion – *Page 2*

**F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER |

☐ Set for Hearing on _____ at _____.

Dated:

FEB 0 5 2009

_____
*UNITED STATES BANKRUPTCY JUDGE*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008

**F 3015-1.14**

| In re: | CHAPTER | |
|---|---|---|
| | | 06-13061 PC |
| Debtor(s). | CASE NUMBER | |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) ORDER ON DEBTOR'S MOTION TO MODIFY/SUSPEND PLAN PAYMENTS was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Jose & Maria Garcia
358 San Miguel Road
Chula Vista, CA 91911

Stephen N. Doan
25401 Cabot Road, Ste. 119
Laguna Hills, CA 92653

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9021-1.1